■ KENNETH M. SCHLAU, JR., Appellant, v CITY OF BUFFALO et al., Defendants, and FREY ELECTRIC CONSTRUCTION CO., INC., Respondent. (Appeal No. 2.) [946 NYS2d 529]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered October 7, 2011 in a personal injury action. The order, among other things, denied plaintiff's motion for leave to reargue his opposition to the summary judgment motion of defendant Frey Electric Construction Co., Inc.

■ KENNETH M. SCHLAU, JR., Appellant, v CITY OF BUFFALO et al., Defendants, and FREY ELECTRIC CONSTRUCTION CO., INC., Respondent. (Appeal No. 3.) [946 NYS2d 526]—Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered December 7, 2011 in a personal injury action. The order denied plaintiff's motion for leave to renew and reargue his opposition to the summary judgment motion of defendant Frey Electric Construction Co., Inc.

It is hereby ordered that said appeal is unanimously dismissed

without costs (*see Braitman v Minicucci & Grenga* [appeal No. 1], 272 AD2d 875 [2000]). Present—Smith, J.P., Fahey, Peradotto, Sconiers and Martoche, JJ.